IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SONY INTERACTIVE ENTERTAINMENT LLC, <br><br>  Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", <br><br>  Defendants. | Case No. 25-cv-04651 <br><br> **Judge Andrea R. Wood** <br><br> **Magistrate Judge Jeffrey T. Gilbert** |

## PLAINTIFF'S SUPPLEMENT TO MOTION [13]

Pursuant to [22], Plaintiff Sony Interactive Entertainment LLC ("Plaintiff" or "SIE") submits this supplement to its *Ex Parte* Motion for Entry of a Temporary Restraining Order [13].

As alleged in the Complaint, SIE commercially exploits, protects and enforces rights in the trademarks, names, logos, symbols, emblems, designs, trade dresses, and other identifying indicia associated with SIE, Sony Interactive Entertainment Inc. ("SIE Inc."), and Sony Interactive Entertainment Europe ("SIE EU"). [1] at ¶ 8. Plaintiff SIE is the owner of many of the PLAYSTATION Trademarks as defined in paragraphs 8 and 9 of the Complaint [1]. For the remaining PLAYSTATION Trademarks and the PlayStation® Copyrighted Works, Plaintiff SIE has been granted the right to bring and prosecute actions against third parties in the United States for infringement of these rights by SIE Inc. and SIE EU via a business agreement or a power of attorney.

1

| | |
|---|---|
| Dated this 2nd day of June 2025. | Respectfully submitted, |
| | /s/ Justin R. Gaudio |
| | Amy C. Ziegler |
| | Justin R. Gaudio |
| | Rachel S. Miller |
| | Lucas A. Peterson |
| | Greer, Burns & Crain, Ltd. |
| | 200 West Madison Street, Suite 2100 |
| | Chicago, Illinois 60606 |
| | 312.360.0080 |
| | 312.360.9315 (facsimile) |
| | aziegler@gbc.law |
| | jgaudio@gbc.law |
| | rmiller@gbc.law |
| | lpeterson@gbc.law |
| | |
| | *Counsel for Plaintiff* |
| | *Sony Interactive Entertainment LLC* |